UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 1504782

RETURN OF SERVICE

T.R. A Minor, Individually, By
and Through Her Parent,
Barbara Galarza, et al

vs.

The School District of
Philadelphia

_____ /

ss.

I, **JOHN D. SCANLON**, a competent adult, being duly sworn according to law, depose and say that at **4:00pm** on **08/24/2015**, I served **The School District of Philadelphia Office of General Counsel at 440 North Broad St. Suite 313, Phila, PA 19130** in the manner described below:

| | |
|---|---|
| ☐ | Defendant(s) personally served. |
| ☐ | Adult family member with whom said Defendant(s) reside(s). Relationship is _____. |
| ☐ | Adult in charge of Defendant(s) residence who refused to give name and/or relationship. |
| ☐ | Manager/Clerk of place of lodging in which Defendant(s) reside(s). |
| ☑ | **Agent or person in charge of Defendant's office or usual place of business.** |
| ☐ | _____ an officer of said Defendant's company. |
| ☑ | Other: **Ronak Chokshi, Office Of General Counsel** |

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
Sex: MALE – Age: 40–50 – Skin: INDIAN – Hair: Black – Height: 5'5 – Weight: 150

X _____
JOHN D. SCANLON
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA   19103
(215) 567-7777
Atty File#:   – Our File# **87194**

Law Firm: **DRINKER, BIDDLE &REATH, LLP**
Address: **ONE LOGAN SQ. SUITE 2000, PHILA, PA, 19103**
Telephone: **215-988-2700**