IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.R., et al.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA,<br>　　　　　Defendant. | :<br>:<br>:  CIVIL ACTION<br>:<br>:<br>:  No. 15-4782<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 30th day of November, 2016, upon consideration of "Defendant's Motion to Dismiss Plaintiffs' Complaint" (Doc. No. 14), the response and reply thereto, following oral argument, and in accordance with the accompanying memorandum opinion, it is **ORDERED** that Defendant's motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Mitchell S. Goldberg
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**