# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.R., et al., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 15-4782 |
| SCHOOL DISTRICT OF PHILADELPHIA, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 18th day of April, 2019, upon consideration of Plaintiffs' Motion to Certify Class (Doc. No. 83), Defendant's Response (Doc. No. 87), Plaintiffs' Reply (Doc. No. 89), Defendant's Sur-reply (Doc. No. 92), Plaintiffs' Motion to Supplement the Record (Doc. No 93), Defendant's Response to the Motion to Supplement (Doc. No. 94), Plaintiff's Reply (Doc. No. 97), and Defendant's Unopposed Motion to Supplement the Record (Doc. No. 98), it is hereby **ORDERED** that:

1. The Motion for Class Certification (Doc. No. 83) is **DENIED**;

2. Plaintiffs' Motion to Supplement (Doc. No. 93) is **GRANTED**;

3. Defendant's Motion to Supplement (Doc. No. 98) is **GRANTED**;

4. A telephone conference for purposes of further scheduling is **SCHEDULED** for **Monday, May 13, 2019 at 2:00 p.m.** Counsel for Plaintiffs shall initiate the conference call and contact Chambers at 267-299-7500 when all counsel are connected.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG,     J.**