# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| **T.R., et al.,** | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 15-4782 |
| **SCHOOL DISTRICT OF PHILADELPHIA,** | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 30th day of April, 2020, upon consideration of Defendant the School District of Philadelphia's Motion for Summary Judgment (Doc. No. 108), the Response of Plaintiffs L.R., D.R., Madeline Perez, R.H., and Manqing Lin (Doc. No. 113), and Defendant's Reply Brief (Doc. No. 117), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiffs on the entirety of the Amended Complaint.

It is **FURTHER ORDERED** that Defendant's Motion to Preclude the Expert Testimony of Nelson L. Flores (Doc. No. 109) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**